FILED: February 18, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1099 (L)
(22-CA-127746)
(22-CA-127781)

_____

AT&T MOBILITY SERVICES, LLC

    Petitioner

v.

NATIONAL LABOR RELATIONS BOARD

    Respondent

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 04/04/2016

Opening brief due: 04/04/2016

Response brief due: 05/05/2016

Any reply brief: 14 days from service of response brief.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk