FILED: March 1, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1099 (L)
(22-CA-127746)
(22-CA-127781)

_____

AT&T MOBILITY SERVICES, LLC

   Petitioner

v.

NATIONAL LABOR RELATIONS BOARD

   Respondent

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to intervene filed on behalf of Eudora Brooks and Juan Figuereo, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk